**Order entered November 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00036-CV

### SEIKILOS HOLDINGS, LLC, SEIKILOS FX STUDIOS, LLC, JOHN C. GOLFIS AND JULIE NGUYEN, Appellants

### V.

### EDWARD "LANNY" HOULLION, INDIVIDUALLY AND AS GENERAL PARTNER OF HOULLION FAMILY, LP AND HOULLION FAMILY, LP, Appellees

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-13053

## ORDER

In an order dated October 6, 2015, we granted appellants' fifth motion for an extension of time to provide this Court with the name, State Bar number, address, and telephone number of new counsel. Appellants did not provide the required attorney information by November 5, 2015. Rather, on November 2, 2015, they filed their sixth motion for an extension of time to file both the required attorney information and a brief. In their motion, appellants state they "just got the transcripts from the Court" and they are "in the process of reviewing all the transcripts with couple attorneys [sic] and need the extra time to prepare the required brief." The reporter's record was filed on September 3, 2015 and a postcard notice was sent to appellants on that date informing them of the filing.

We **GRANT** appellants' motion **TO THE EXTENT** we **ORDER** appellants to provide this Court, by **DECEMBER 2, 2015**, (1) the name, State Bar number, address, and telephone number of new counsel and (2) updated mailing addresses, telephone numbers, and any email addresses for appellants John C. Golfis and Julie Nguyen. *See* TEX. R. APP. P. 9.1(b) (documents filed by unrepresented party must include party's mailing address, telephone number, and any email addresses). If the Court does not receive the required attorney information by **DECEMBER 2, 2015**, we will dismiss appellants Seikilos Holdings, LLC and Seikilos FX Studios, LLC as parties to this appeal without further notice. *See* TEX. R. CIV. P. 7; *Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam) (corporate appellants may only appear through counsel).

We further **ORDER** the brief of appellants John C. Golfis and Julie Nguyen and the brief of appellants Seikilos Holdings, LLC and Seikilos FX Studios, LLC, assuming they timely obtained counsel and provided this Court with the attorney information, be filed no later than **DECEMBER 17, 2015**. No further extensions will be granted and we caution appellants that if a brief is not filed by **DECEMBER 17, 2015**, the appeal will be dismissed in its entirety for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1).

/s/  ELIZABETH LANG-MIERS
   JUSTICE